**Linda L. HIOTT, Plaintiff–Appellant,**

v.

**WAL–MART STORES, INC., Defendant–Appellee.**

**No. 05–11426**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

July 14, 2005.

Thomas A. Nash, Jr., Inglesby Falligant Horne, et al., Savannah, GA, for Plaintiff–Appellant.

Albert J. Decusati, McLain & Merritt, P.C., Atlanta, GA, for Defendant–Appellee.

Before BIRCH, BARKETT and COX, Circuit Judges.

PER CURIAM.

Plaintiff Linda L. Hiott appeals the judgment of the district court, arguing that the district court erred in granting Defendant Wal–Mart Stores, Inc.'s motion for summary judgment. We agree with the district court that even if we assume the stacked pictures that injured Plaintiff presented a hazard, there is no evidence that the Defendant had superior knowledge of the hazard. *See Metts v. Wal–Mart Stores, Inc.,* 269 Ga.App. 366, 604 S.E.2d 235, 237 (2004); *Foodmax v. Fleming,* 219 Ga.App. 469, 465 S.E.2d 489, 490 (1995). The judgment of the district court is, therefore,

**AFFIRMED.**